```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
Jose Marques-Rosales
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00478-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| Jose Marques-Rosales | ) Date: February 17, 2011 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, ) Jr. |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for Jose Marques-Rosales, that the Court should vacate the status conference scheduled for January 13, 2011, at 9:00 a.m., and reset it for February 17, 2011, at 9:00 a.m.

Counsel for the defendant has not yet received a probation report. Further time to review the report and the plea agreement will be required once the report is received.

///

///

///

1

The parties further stipulate that the Court should exclude the period from the date of this order through February 17, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 4, 2011            Respectfully submitted,

                                               DANIEL BRODERICK
                                               Federal Defender

                                               /s/ C. Fein
                                               _____
                                               COURTNEY FEIN
                                               Assistant Federal Defender

Dated: January 4, 2011            BENJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ C.Fein for
                                               _____
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED.**  The status conference is continued to February 17, 2011 at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 17, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3