1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | COURTNEY FEIN, #244785
Assistant Federal Defender
3 | Designated Counsel For Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

6 | Attorneys for Defendant
Jose Marques-Rosales

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S. 10-cr-00478 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: March 3, 2011 |
| JOSE MARQUES-ROSALES | ) ) | Time: 9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) | |

   THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for Jose Marques-Rosales, that the Court should vacate the status conference scheduled for February 17, 2011, at 9:00 a.m., and reset it for March 3, 2011, at 9:00 a.m.

   Counsel for the defendant requires more time for defense preparation. The defendant has provided counsel with new information that merits attention and will require further discussions with the government.

   The parties further stipulate that the Court should exclude the period from the date of this order through March 3, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

///

1

1  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance
2  outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate
3  exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4  (Local Code T4).

Dated: February 16, 2011                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ C. Fein
                                        _____
                                        COURTNEY FEIN
                                        Assistant Federal Defender

Dated: February 16, 2011                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ C.Fein for
                                        _____
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to March 3, 2011 at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:   February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE