DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Jose Marques-Rosales

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MARQUES-ROSALES ) <br> ) <br> Defendant. ) <br> ) | No. Cr. S. 10-478 MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: March 24, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

    THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for Jose Marques-Rosales, that the Court should vacate the status conference scheduled for March 3, 2011, at 9:00 a.m., and reset it for March 24, 2011, at 9:00 a.m.

    Counsel for the defendant requires more time for defense preparation. Defense counsel requires further time to consult with her client regarding the new information he previously provided that may merit further discussions with the government.

    The parties further stipulate that the Court should exclude the period from the date of this order through March 24, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

1

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: March 1, 2011                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ C. Fein
                                        _____
                                        COURTNEY FEIN
                                        Assistant Federal Defender

Dated: March 1, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ C.Fein for
                                        _____
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The status conference is continued to March 24, 2011 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 24, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:  March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE